**United States District Court**
For the Northern District of California

1

2                                                    *E-FILED: May 1, 2013*

3

4

5

6

7                                    NOT FOR CITATION

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

12    MICHAEL BIZER,                          No. C13-00996 HRL

                    Plaintiff,
13                                            **ORDER TO SHOW CAUSE RE**
         v.                                   **SETTLEMENT**
14
      JC CHRISTENSEN & ASSOCIATES, INC.;
15    and DOES 1-10, inclusive,

16                  Defendants.
                                                    /
17

18          This court is informed that the parties have reached a settlement.  All previously

19    scheduled deadlines and appearances are vacated.

20          **On or before June 25, 2013**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P.

21    41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th

22    Floor of the United States District Court, 280 South First Street, San Jose, California on **July 9,**

23    **2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.

24    R. Civ. P. 41(a).  Plaintiff shall file a statement in response to this Order to Show Cause **no**

25    **later than July 2, 2013**.  The statement shall advise as to (1) the status of the activities of the

26    parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize

27    the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause

28    hearing will be automatically vacated and plaintiff need not file a statement in response to this

1   Order.

2         SO ORDERED.

3   Dated: May 1, 2013

4

5                                HOWARD R. LLOYD
                                UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1   5:13-cv-00996-HRL Notice has been electronically mailed to:

2   Tammy L. Hussin     thussin@lemberglaw.com, filings@lemberglaw.com,
    ovoytovych@lemberglaw.com

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California