*E-FILED:  May 1, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BIZER,<br><br>             Plaintiff,<br><br>   v.<br><br>JC CHRISTENSEN & ASSOCIATES, INC.;<br>and DOES 1-10, inclusive,<br><br>             Defendants. | No. C13-00996 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

This court is informed that the parties have reached a settlement. All previously scheduled deadlines and appearances are vacated.

**On or before June 25, 2013**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **July 9, 2013, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Plaintiff shall file a statement in response to this Order to Show Cause **no later than July 2, 2013**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this

Order.

    SO ORDERED.

Dated: May 1, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-00996-HRL Notice has been electronically mailed to:

2  Tammy L. Hussin     thussin@lemberglaw.com, filings@lemberglaw.com, ovoytovych@lemberglaw.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28